### MONROE COPELAND v. THE STATE.

No. 22181. Delivered June 17, 1942.
Rehearing Denied October 14, 1942.

The opinion states the case.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft of property of the value of more than $50.00. Punishment was assessed at two years in the penitentiary.

No bills of exception are found in the record. The statement of facts shows that appellant and his brother-in-law,

Alton Covill, stole the truck casings, tubes and rims from Lloyd Odom, and that appellant, in company with someone unknown to Mr. Page, sold to him the property in question. The theft occurred in Martin County. Later the property was found in the possession of Mr. Page in Big Spring, Howard County. The property was recovered and identified. On the trial appellant testified that he sold the property for his brother-in-law, but denied knowledge that it was stolen. At a former term of court he had sworn in an application for continuance that he (appellant) had purchased the property and gave the names of two witnesses by whom he could prove said purchase. On the present trial he admitted that what he had sworn in said application was untrue.

Under the facts it is not surprising that the jury did not give credence to his story.

The judgment is affirmed.

### ON MOTION FOR REHEARING.

DAVIDSON, Judge.

We have again examined the record in the light of appellant's contention that the facts are insufficient to support the conviction, and remain of the opinion as originally expressed.

The motion for rehearing is overruled.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.